Case 6:15-mj-00011-MJS   Document 8   Filed 06/24/15   Page 1 of 2

AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **PATRICK REYNOLDS** | Case Number: **6:15MJ011-001** |
| | Defendant's Attorney: Megan Hopkins |

**THE DEFENDANT:**

[✓]　pleaded guilty to count(s)　__TWO__　of the Complaint.
[ ]　pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]　was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23 (A)(1) | Operating a motor vehicle under the influence of alcohol with a BAC >.08% | 2/20/2015 | TWO |

　　　The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]　The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[✓]　Count (s)　__ONE AND THREE__　are dismissed on the motion of the United States.
[ ]　Indictment is to be dismissed by District Court on motion of the United States.
[ ]　Appeal rights given.　　　　　　　　　[✓]　Appeal rights waived.

　　　IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

6/24/2015
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

6/24/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**PATRICK REYNOLDS**
CASE NUMBER:**6:15MJ011-001**

Page 2 of 2

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>24 MONTHS UNSUPERVISED PROBATION</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.
2. The Defendant shall pay a fine of $1990.00 and a special assessment of $10.00 for a total financial obligation of $ 2000.00, which shall be paid at the rate of $100.00, per month commencing on July 31, 2015 , and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

3. Pursuant to 18 USC 3563 (b)(10), the Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of ten days, with credit served for one days in custody. Defendant shall surrender on September 15, 2015.
4. The Defendant shall complete a Multi-Offender DUI program through the California Department of Motor Vehicles by the conclusion of probation.
5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
6. The Defendant shall abstain from the use of possession of alcohol and not frequent establishments where the primary business is sale of alcohol. **Defendant is permitted to have one alcohol drink once they reach Hawaii.**